UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CR-20075-HUCK/McAliley

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**FRANTZY MORENCY,**

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Chris M. McAliley on June 1, 2017 [ECF No. 68]. A Report and Recommendation [ECF No. 75] from June 5, 2017, recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation. No objections have been filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation **[ECF No. 75]** of U.S. Magistrate Judge Chris M. McAliley is hereby adopted and approved in its entirety. The **Defendant Frantzy Morency** is adjudged guilty as to the offenses charged in Counts 1 and 3 of the Superseding Indictment.

DONE AND ORDERED in chambers in Miami, Florida, this 21st day of June, 2017.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record
    Magistrate Judge Chris M. McAliley